## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8705 | **DATE** | 12/21/2012 |
| **CASE TITLE** | Mingyi Rowe vs. United Airlines, Inc. | | |

**DOCKET ENTRY TEXT**

After careful review, this Court without the need for any response by Plaintiff hereby grants Defendant's motion to transfer to the District of Colorado pursuant to 28 U.S.C. §1404(a) [9] because the undisputed facts establish conclusively that Plaintiff was employed in that district, that the key operative facts of this claim and witnesses are also in that district. Defendant's alternative motion to dismiss for improper venue [9] pursuant to 28 U.S.C. §1406 is denied as moot in light of this transfer order. The motion hearing set for 1/8/2013, the status report filing date of 1/31/2013 and the settlement conference set for 2/5/2013 are all vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|