IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00055-CMA-BNB

MINGYI ROWE,

Plaintiff,

v.

UNITED AIRLINES, INC.,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    The **Motion for Leave to File Amendment to Proposed Scheduling Order** [Doc. # 24, filed 3/8/2013] is GRANTED; and

      (2)    The parties shall file a supplement to the Scheduling Order on or before March 22, 2013, specifying the undisputed facts.  The supplement should be captioned Supplement to Scheduling Order; contain Part 4 of the Scheduling Order only, and need not repeat the remainder of the Scheduling Order; and be signed by counsel for the parties.

DATED:  March 12, 2013