**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00055-CMA-BNB

MINGYI ROWE,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on August 4, 2014 it is

    ORDERED that that Defendant's Motion for Summary Judgment (Docket No. 41) is GRANTED. It is further

    ORDERED that Plaintiff's FMLA and ADA claims are DISMISSED WITH PREJUDICE. It is further

    ORDERED that Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE. It is further

    ORDERED that the judgment is in favor of Defendant and against Plaintiff. It is further

    ORDERED that pursuant to D.C.Colo.LCivR 54.1, Defendant may thereafter have its costs by filing a bill of costs within 14 days of the date of that order.

    Dated at Denver, Colorado this 4th day of August, 2014.

                                            FOR THE COURT:
                                           JEFFREY P. COLWELL, CLERK

                                  By: s/   A. Thomas

                                             Deputy Clerk